IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MARTHA A. WILSON,

        Plaintiff,

v.

SCHNUCKS MARKETS INC,

        Defendant.

Case No. 25-CV-00030-SPM

# JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Court's Order of December 17, 2025 (Doc. 16), this action is **DISMISSED with prejudice**.

    **IT IS SO ORDERED.**

    **DATED: December 17, 2025**

                              MONICA A. STUMP,
                              **Clerk of Court**


                              **By:** *s/ Jackie Muckensturm*
                                    **Deputy Clerk**


**APPROVED:** *s/ Stephen P. Mc*Glynn
              **STEPHEN P. MCGLYNN**
              **U.S. District Judge**